

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-21-00512-CV

**MR. W FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

## O R D E R

Appellant's reply brief is currently due June 30, 2022. On June 23, 2022, appellant filed a motion requesting an extension of time to file the reply brief until August 1, 2022. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its reply brief by August 1, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court